# Summary of Plan

Use for Original and Amended Plans

Michael and Sandra Bell     Case No. 16-80565     Dated: 8/27/2016

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/Debtor | Total Mos Paid | Total Amt. Paid by Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | 2011 Lincoln MKS | Fraternal Order of Police CU | $15,500.00 | 94300 | 6.0000% | 1 | 60 | $301.16 | Trustee | 60 | $18,069.40 |
| I.A. | 2005 Ford Mustang | California Republic Bank | $6,010.00 | 501001 | 6.0000% | 1 | 60 | $116.77 | Trustee | 60 | $7,006.27 |
| I.A. | | | | | 6.0000% | 1 | 60 | $0.00 | Trustee | 60 | $0.00 |
| I.A. | Television | Conns Credit | $2,787.00 | 456806931 | 6.0000% | 1 | 60 | $54.15 | Trustee | 60 | $3,249.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | 28968 East 115th Street South Coweta | 360 Mortgage Group | $268,447.00 | 9280010077360 | current | 1 | 60 | | Debtor | 60 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.A. | | | | | | | | | Trustee | 1 | $0.00 |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 |
| IV.A. | Attorney Fees | Brown Law Firm PC | | | | | | | Trustee | | $2,405.00 |
| IV.B. | Taxes | | | | | | | | Trustee | | |
| IV.B. | Taxes | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| Total | | | | | | | | | | | $30,729.66 |

**Class V Executory Contracts:**
AT&T Digital Life Security, AT&T Cell Phone, Direct TV, Windstream Internet.

| Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | Paid By | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|
| 60 | 60 | 1 | 60 | $2,620.00 | Debtor | 60 | $157,200.00 |
| | | | | | Debtor | 1 | $0.00 |
| | | | | | Debtor | 1 | $0.00 |
| | | | | | Debtor | 1 | $0.00 |

| | |
|---|---|
| TOTAL AMOUNT PAID INTO PLAN | $157,200.00 |
| Trustee Fee (10%) | $15,720.00 |
| Total paid to Class I, II, III, IV.A and IV.B creditors above | $30,729.66 |
| Amount to be paid to Class IV.C. Unsecured Claims: | $108,697.42 |
| Amount by which plan is not feasible (If positive then plan is feasible). | $2,052.92 |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

**ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Monthly Net Disposable Income: (Form 22C, L. 59) | $1,662.04 |
| Disposable Income to Unsecured Creditors Amount (DITUC): | $99,722.40 |
| Amount available to all Creditors under Chapter 7: | |
| Total Priority Claims: | $0.00 |
| Chapter 7 Test Amount: | $0.00 |
| Greater of Below Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Greater of Above Median DITUC or Chapter 7 Test Amount: | $99,722.40 |
| Amount proposed to Pay to Class IV.C. Claims (In Re Lanning): | $108,697.42 |
| (Must be more than Greater of DITUC or CH 7 Test) | |
| Amount to Class IV.C. Claims: | $108,697.42 |

**Estimated Payment to Unsecured Creditors:**

| | |
|---|---|
| Class IV.C. Claims per Sch. F | $188,972 |
| Claims Relegated to Class IV.C. | $0 |
| Total Class IV.C. (Non-Priority Unsecured) Claims | $188,972 |
| Required Amount to Class IV.C. Claims | $108,697.42 |
| Estimated Percentage to Class IV.C. Claims: | 57.52% |

**BELOW MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Amount paid in months 1 to 36 by Debtor: | $94,320.00 |
| Less Trustee Fee: | $9,432.00 |
| Less payments to Creditors: | $30,729.66 |
| Net to Class IV.C Claims: | $54,158.34 |

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | 1992 Ford F150 | Springleaf Financial | Debtors' residence |
| I.C. | French Horn | Said Music | Said Music |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |

**Comments:**

As attorney for the Debtor(s) by filing this Summary of Plan I attest that I have reviewed the Summary of Plan and the claims filed to the date stated above and have provided for said claims.

Form SP Post-Act 07012011(for Plan form 07-01-2011)